**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed 5-11-18
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☑ No   ERO Sr Olsen

USPT/USPO S. Garza

OPEN 10:06  ADJOURN 10:09

☐ OTHER DISTRICT   ☐ DIVISION _____   THEIR CASE# _____

**PROCEEDING HELD:**
☑ Initial Appearance       ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing             ☐ Identity                            ☐ Hearing Continued on _____
☐ Detention Hearing        ☐ Preliminary Hearing                 ☐ Other _____

CASE NUMBER ☑ CR ☐ MJ  18-238  Defendant # 1

AUSA Julie Searle

Noe Perez

Guy Womack

☑ Date of arrest 5-11-18 (Summons)        ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☑ Information ☐ Complaint
                                 Violation of ☐ Supervised Release ☐ Pretrial Release ☐ Probation

☑ Defendant ☐ Material Witness appeared    ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.        ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender     ☐ Order appointing private counsel to follow.
   Federal Public Defender Present - _____
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☑ Defendant  1  bond set  ☐ Cash ☐ Surety ☐ P/R ☑ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☑ Defendant(s) _____ advised of conditions of release
☑ BOND EXECUTED ☑ Defendant  1  Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.
☐ Bond Continued       ☐ Bond reinstated       ☐ Bond Revoked
☐ Defendant _____ remanded to custody      ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause       ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
   ☐ Arraignment          ☐ Counsel Determination Hearing        ☐ Identity Hearing
   ☐ Detention Hearing    ☐ Preliminary Hearing                  ☐ Final Revocation Hearing
   ☐ _____ Hearing