HONORABLE STEPHEN WM. SMITH, PRESIDING  
DEPUTY CLERK: Jason Marchand   ERO: S. Olson  
INTERPRETER: No   USPO: S. Garza

CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF TEXAS  
FILED  
5-11-18  
DAVID J. BRADLEY, Clerk

OPEN: 10:09   ADJOURN: 10:10

CR. No. 18-238   DEFT No. 1   USDJ Bennett

UNITED STATES OF AMERICA   Julie Searle   AUSA  
vs.

Noe Perez   Guy Womack

## ARRAIGNMENT

- [x] Arraignment held.   ___ Superseding Indictment   ✓ Information
- [ ] Defts first appearance with counsel.
- [x] Deft enters a plea of not guilty on *all* counts.
- [ ] Waiver of Speedy Trial executed.
- [x] Waiver of Indictment.
- [x] Docket Control Order issued w/cc to parties   ___ to be mailed   ✓ not issued
- [x] Bond continued.
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Deft REMANDED to the custody of the U.S. Marshal
- [ ] Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS: