United States District Court
Southern District of Texas
**ENTERED**
November 04, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | | |
| NOE PEREZ | | CRIMINAL CASE: **4:18CR00238-001** |

**EXTENDED ORDER TO SURRENDER**

The defendant, **NOE PEREZ USMS #41542-479,** having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Tuesday, November 19, 2019** by 2:00 pm to:

FCI TERMINAL ISLAND
1299 SEASIDE AVENUE
SAN PEDRO, CA 90731
310-831-8961

Signed on OCT 3 0 2019 , 2019

_____
Honorable Alfred H. Bennett
UNITED STATES DISTRICT JUDGE